**IN THE UNITED STATES DISTRICT COURT**

**FOR THE EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| DAVID TOFT, | No. 2:21-CV-1672-DMC-P |
| Petitioner, | |
| v. | ORDER |
| JOHN D'AGOSTINI, et al., | |
| Respondents. | |

Petitioner, an inmate proceeding pro se, brings this petition for a writ of habeas corpus pursuant to 28 U.S.C. § 2254. Pursuant to Eastern District of California Local Rules, this case was not assigned to a District Judge when the case was filed. The parties have not consented to Magistrate Judge jurisdiction and the Court now finds that assignment of a District Judge is necessary to properly address the case.

Accordingly, IT IS HEREBY ORDERED that the Clerk of the Court is directed to randomly assign a District Judge and to update the docket to reflect the new case number.

Dated: November 15, 2021

DENNIS M. COTA
UNITED STATES MAGISTRATE JUDGE

1